# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAURA McFEELEY, *ET. AL.* | * |
| | * |
|    PLAINTIFFS | * |
| | * |
| v. | *    Case No.:  8:12-cv-01019-DKC |
| | * |
| JACKSON STREET ENTERTAINMENT, LLC | * |
| D/B/A FUEGO EXOTIC DANCE CLUB | * |
| AND CLUB EXTASY EXOTIC DANCE CLUB, *ET AL.* | * |
| | * |
|    DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS, COUNTS, AND COUNTERCLAIMS BY AND AGAINST TARSHEA JACKSON, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Tarshea Jackson, and Defendants, by and through their respective counsel, jointly stipulate to the dismissal of all claims, counts and counterclaims by and against Tarshea Jackson, with prejudice. The remaining Plaintiffs make no such stipulation.

Respectfully submitted,

\_\_/s/\_ Michael K. Amster_____
Gregg C. Greenberg
Michael K. Amster
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
Tel:  (301) 587-9373
Fax:  (301) 587-9397
Email:  ggreenberg@zagfirm.com
       mamster@zagfirm.com

*Counsel for Plaintiffs*

\_\_/s/\_ Michael L. Smith_____
Michael L. Smith
Smith, Graham & Crump, LLC

9701 Apollo Drive  
Suite 495  
Largo, Maryland 20774  
Tel: (301) 925-2001  
Fax: (301) 925-2540  
E-mail:  Msmith@smithgrahamcrump.com

*Counsel for Defendants*