IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAURA McFEELEY, *ET. AL.*          *

PLAINTIFFS                          *

v.                                  *   Case No.: 8:12-cv-1019

JACKSON STREET ENTERTAINMENT, LLC   *
D/B/A FUEGO EXOTIC DANCE CLUB       *
AND CLUB EXTASY EXOTIC DANCE CLUB, *ET AL.*   *

DEFENDANTS.                         *

## JURY VERDICT FORM

What amount of regular and overtime wages do you find Defendants owe to each Plaintiff?

**Laura McFeeley**

$ 70,000.00

Of this amount, what amount is due for work after April 3, 2010?

$ 42,837.00

**Danielle Everett**

$ 10,764.00

Of this amount, what amount is due for work after April 18, 2010?

$ 7969.50

**Crystal Nelson**

$34,830.00

Of this amount, what amount is due for work after January 21, 2011?

$23,244.00

**Dannielle Arlean McKay**

$17,541.50

Of this amount, what amount is due for work after February 4, 2011?

$9603.00

**Jenny Garcia**

$10,976.00

Of this amount, what amount is due for work after March 15, 2011?

$10,976.00

**Patrice Howell**

$55,125.00

Of this amount, what amount is due for work after March 26, 2011?

$38,587.50

**SIGNATURE REDACTED**

DATE: 2/6/2015