IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
___ FILED     ___ ENTERED
___ LOGGED    ___ RECEIVED

      FEB  6 2015

      AT GREENBELT
CLERK, U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
BY _____ DEPUTY
```

LAURA McFEELEY, ET AL.
       **Plaintiffs**       \*

       v.       \*       Civil No.: DKC 2012-1019

JACKSON STREET ENTERTAINMENT, \*
LLC, ET AL.
       **Defendants**       \*

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFFS' EXHIBITS**

_____
_____
_____
_____

All Plaintiffs' exhibits
returned: _____

**DEFENDANTS' EXHIBITS**

_____
_____
_____
_____

All Defendants' exhibits
returned: _____

Received the above listed exhibits this date:

Counsel for Plaintiffs: _____

Counsel for Defendants: _____

Date: _____ **February 6, 2015** _____

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits