CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

FEB 6 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

We request a calculator be provided for the jury

JUROR NUMBER: 34

DATE: 2/5/15
TIME: 12:42

For Court Use Only:
Rec'd by: TLD
DATE: 2/5/2015
TIME: 12:45pm
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CASE NUMBER: DKC 2012-1019
CASE NAME: McFEELEY, ET AL. v. JACKSON STREET
ENTERTAINMENT, LLC, ET AL.

When filling out the verdict form, for each individual, do we need to accept their estimate completely? Can we decide what we believe to be a fairer estimate and make our own calculations?
We are not sure if we must accept the plaintiff calculation vs ~~decide~~ nothing.

JUROR NUMBER: 16

DATE: ~~12:40~~ 2/5/15
TIME: 12:42 pm

For Court Use Only:
Rec'd by: [signature]
DATE: 2/5/2015  TIME: 12:50 pm
Court Exhibit #: 2

Jury Note (Rev. 2/2009)

MEMBERS OF THE JURY:

You need not accept a Plaintiff's exact estimate.  You are to decide based on the evidence what you find to be a reasonable measure of wages owed.

Judge Chasanow

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

We have elected our Foreperson to be Juror # 361

JUROR NUMBER: 361

DATE: 2/5/2015
TIME: 12:45 pm



For Court Use Only:
Rec'd by: Ted
Court Exhibit #: 3
DATE: 2/5/2015
TIME: 12:59 pm

Jury Note (Rev. 2/2009)

CASE NUMBER:  **DKC 2012-1019**
CASE NAME:  **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

We Need a FELT Marker Pen For Poster Board.

THANKS!

JUROR NUMBER: 361

DATE: 2/5/15
TIME: 1:25 PM



For Court Use Only:
Rec'd by: ____    DATE: 1:30pm    TIME: 2/5/2015
Court Exhibit #: 6

Jury Note (Rev. 2/2009)

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

Please advise [...]
Why are we determining that second amount on the Jury Verdict Form?

ie. for Laura McFeeley — why amount due for work after April 3, ~~2005~~ 2010?

JUROR NUMBER: 0004

DATE: 02-05-15
TIME: 2:32 pm



For Court Use Only:
Rec'd by: tad
DATE: 2/5/2015   TIME: 2:35 pm
Court Exhibit #: 6

Jury Note (Rev. 2/2009)

CASE NUMBER: DKC 2012-1019
CASE NAME: McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.

For Danielle Everett, can we take into account the hours worked at other clubs based upon her former lawsuits?

If she talked about those hours on the stand, can we take that into account?

We would like to see a transcript of her entire testimony.

JUROR NUMBER: 36/

DATE: 2/5/2015
TIME: 2:45 PM

For Court Use Only:
Rec'd by: tdd
DATE: 2/5/2015
TIME: 2:47 pm
Court Exhibit #: 7

Jury Note (Rev. 2/2009)

Members of the Jury:

You have asked why you need to provide additional information on the verdict form for the amount of an award after a certain date. Your verdict is the number on the first line. There are aspects of the case, however, that the court must decide after the jury returns its verdict that depend on calculation of the amount of the award that was included in the first number that was for work after those dates.

As to Danielle Everett, you may consider the entirety of the testimony that you heard. There is no transcript and you must rely on your collective recollection of the evidence.

Judge Chasanow

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

Can we decrease the temperature in the jury rm? Too hot in the rm. Thanks

JUROR NUMBER: 11

DATE: 2/5/15
TIME: 2:45

For Court Use Only:
Rec'd by: tull
DATE: 2/5/2015
TIME: 2:49 pm
Court Exhibit #: 8

Jury Note (Rev. 2/2009)

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

We are ready to adjourn today

JUROR NUMBER: 0004

DATE: 02-05-15
TIME: 5:25

For Court Use Only:
Rec'd by: ____
DATE: 2/5/2015
TIME: 3:30 pm
Court Exhibit #: 9

Jury Note (Rev. 2/2009)

Members of the Jury:

    Please let me know what time you want to resume deliberations tomorrow.  Once you recess, do not discuss this case, even among yourselves, until all 9 of you are present in the morning.


        Judge Chasanow

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

We would like to start tomorrow Friday at 9 AM

JUROR NUMBER: 48

DATE:

TIME:

For Court Use Only:
Rec'd by: ____
DATE: 2/5/2015
TIME: 8:35 pm
Court Exhibit #: 10

Jury Note (Rev. 2/2009)

MEMBERS OF THE JURY:

If deliberations need to continue for some time, you may go home for the weekend and return Monday.  Please let me know whether you wish to continue deliberating this afternoon, or wish to go home for the weekend and return Monday morning.  Please let me know what time you wish to resume deliberations Monday if you elect to go home for the weekend.  If you recess deliberations, do not discuss this case with anyone until you resume your deliberations when all nine of you are present.  Thank you.

Judge Chasanow

CASE NUMBER: **DKC 2012-1019**
CASE NAME: **McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.**

We will deliberate until 4:30 PM;
IF WE DON'T AGREE BY then, we will
come back on Monday at 9 AM

JUROR NUMBER: 361

DATE: 2/6/2015
TIME: 3:48 PM

For Court Use Only:
Rec'd by: tdd
DATE: 2/6/2015
TIME: 3:50 pm
Court Exhibit #: 11

Jury Note (Rev. 2/2009)

CASE NUMBER: DKC 2012-1019
CASE NAME: McFEELEY, ET AL. v. JACKSON STREET ENTERTAINMENT, LLC, ET AL.

We cannot come to a decision
We have reached a verdict
but need a few minutes to reach
a verdict.

JUROR NUMBER: 361

DATE: 2/6/15
TIME: 4:37 PM



For Court Use Only:
Rec'd by: tdd
DATE: 2/6/2015   TIME: 4:40pm
Court Exhibit #: 12

Jury Note (Rev. 2/2009)