```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                                    :
LAURA MCFEELEY, et al.
                                    :
     v.                             :  Civil Action No. DKC 12-1019
                                    :
JACKSON STREET ENTERTAINMENT,
   LLC, et al.                      :
```

**JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion and in the Memorandum Opinions filed previously in this case (ECF Nos. 12, 14, 53, and 56), it is this 10th day of February, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby is, ENTERED against Defendants Jackson Street Entertainment, LLC; Risque, LLC; Quantum Entertainment Group, LLC; Nico Enterprises, Inc.; XTC Entertainment Group, LLC; jointly and severally, and in favor of each Plaintiff as follows:

    a. Laura McFeeley: $68,360 in compensatory damages and $35,000 in liquidated damages;

    b. Danielle Everett: $10,764 in compensatory damages and $7,000 in liquidated damages;

    c. Crystal Nelson: $34,190 in compensatory damages and $8,000 in liquidated damages;

    d. Dannielle Arlean McKay: $17,541.50 in compensatory damages and $520 in liquidated damages;

    e. Jenny Garcia: $10,976 in compensatory damages and $9,400 in liquidated damages;

    f. Patrice Howell: $55,125 in compensatory damages and $8,400 in liquidated damages.

2. All prior rulings are incorporated herein and this judgment is final for purposes of Fed.R.Civ.P. 58;

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                              /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge